# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1835
_____

A.M., Mother of G.A.J., G.D.J.,
A.D.J., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

December 30, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee; Khairiya C. Bryant-Jackson of Dispatch Health, Pro Bono, Defending Best Interests, Orlando, for Statewide Guardian ad Litem Office.